# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

IN RE: **NICOLE SUMMERS**

## ORDER OF TEMPORARY ADMISSION

PER CURIAM

The Court, having been advised that **Nicole Summers** has met the requirements as stated in Local Rule 83.5.1(b), Student Law Practice, hereby allows **Nicole Summers** to proceed under the supervision of Attorney Andrea Park (BBO# 667141) in civil matters in the Federal Court for the District of Massachusetts until such time as **Nicole Summers** graduates from her study of law at Harvard Law School.

DATED: 1/10/14

BY: _____
Patti B. Saris, Chief Judge